JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENGYAO TIAN,<br><br>          Plaintiff,<br><br>   v.<br><br>UR M. JADDOU, United States Citizenship and Immigration Services Director, et al.,<br><br>          Defendants. | No. 2:23-cv-5720-JLS-BFM<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY**<br>**CASE PENDING ADJUDICATION OF**<br>**APPLICATION (Doc. 11)** |

1  Having read and considered the Joint Stipulation to Stay Case Pending
2  Adjudication of Application (Doc. 11) submitted by the parties, and finding good cause
3  therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until
4  December 6, 2024.  No later than that date, Plaintiff shall file a notice of dismissal or
5  status report in the action.

7  Dated: September 15, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE